<pre>
                     UNITED STATES DISTRICT COURT
                       DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

     Plaintiff,                    Criminal No. 05-197 (JAF)

     v.

ARACELIS NIEVES-MARTINEZ (01),

     Defendant.
</pre>

**O R D E R**

Further to our Order entered today, <u>Docket Document No. 90</u>, the court has inquired at MDC-Guaynabo regarding the medical status of this Defendant.

The Defendant does not have bone cancer. She exhibits symptoms that may be consistent with some type of immunological disorder in the lupus family or other rheumatic disease. The medical director at MDC is taking the necessary steps to address the situation.

The sentencing hearing remains as set for January 20, 2006.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 11th day of January, 2006.

                                                S/José Antonio Fusté
                                                JOSE ANTONIO FUSTE
                                            Chief U. S. District Judge